No. 93–201. ALLEN & CO., INC. v. PACIFIC DUNLOP HOLDINGS INC. C. A. 7th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 4, 1994. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 1, 1994. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on

or before 3 p.m., Friday, April 15, 1994. This Court's Rule 29 does not apply.